AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Mar 21, 2022

SEAN F. McAVOY, CLERK

KRYSTAL J.,

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | ) |
| KILOLO KIJAKAZI, | ) |
| ACTING COMMISSIONER OF SOCIAL SECURITY, | ) |
| *Defendant* | ) |

Civil Action No.  4:20-CV-5226-JAG

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  The parties' Stipulated Motion for Remand, ECF No. 26, is GRANTED. This case is REVERSED and REMANDED to the Commissioner of Social Security for further administrative action pursuant to sentence four of 42 U.S.C. § 405(g), pursuant to Court order at ECF No. 27. Plaintiff's Motion for Summary Judgment, ECF No. 21, is STRICKEN AS MOOT. Judgment is entered for PLAINTIFF.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge _____JAMES A. GOEKE_____ on a stipulated motion for remand.

Date:  _3/21/2022_____

CLERK OF COURT

_SEAN F. McAVOY_____

_s/ Courtney Piazza_____
*(By) Deputy Clerk*

_Courtney Piazza_____